# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Philip Zamloot            **Docket Number:** 04-00224-001
                                                                      **PACTS Number:** 39289

**Name of Sentencing Judicial Officer:** HONORABLE Faith S. Hochberg

**Date of Original Sentence:** 02/02/2005

**Original Offense:** Fraud, Conspiracy To Defraud, Other, 18 U.S.C. 371(21U.S.C. 333 (B)(1)(B)&353 (c)(1)

**Original Sentence:** 12 months imprisonment followed by 3 years supervised release

**Special Conditions:** Financial disclosure, No new debt, DNA collection, $156,997 restitution.

**Type of Supervision:** Supervised Release           **Date Supervision Commenced:** 2/15/06

**Assistant U.S. Attorney:** Joshua Drew, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Arthur J. Abrams, Esq., 225 Newark Ave., Jersey City, New Jersey 07302, (201) 659-5500

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

<u>Violation Number</u>     <u>Nature of Noncompliance</u>

1            The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'

               Specifically, the offender was employed at the Nimlok Corporation and was working with his co-defendant, Alexander Best. He never reported this contact to the U.S. Probation Officer. He left the question regarding criminal association blank on all of his monthly reports.

               The Probation Office has determined this conduct constitutes a **Grade C violation.**

2            The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days**

of each month.'

The offender had not submitted a monthly report or pay stub for over a year from January 2007 to May 2008. An adjustment session was held on May 5, 2008 regarding this noncompliance. The offender did submit the requested documentation on this date. He failed to report that he traveled outside the district and had contact with his co-defendant.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

3       The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'

The offender failed to notify the U.S. Probation Department that he traveled outside of New Jersey on numerous occasions between November 2006 and February 2008. The U.S. Probation Department has a log of the offender's travel outside of New Jersey on an ongoing basis. He did not note this travel on his monthly supervision reports. Some of the places he traveled to include Nevada, Illinois, California, Washington, DC, and Florida.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

4       The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

On May 5, 2008, the offender reported that he had left his job to begin his own business. Upon further investigation of this, the U.S. Probation Officer learned that he was terminated.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

I declare under penalty of perjury that the foregoing is true and correct.

By: Erika M. Arnone
U.S. Probation Officer
Date: 6/13/08

THE COURT ORDERS:
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: July 10, 2008 at 1:30 PM
[ ] No Action
[ ] Other

Signature of Judicial Officer

6/24/08
Date