PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Philip Zamloot  **Docket Number:** 04-00224-001
 **PACTS Number:** 39289

**Name of Sentencing Judicial Officer:** HONORABLE Faith S. Hochberg

**Date of Original Sentence:** 02/02/2005
**Date of Violation:** 07/23/2008

**Original Offense:** Fraud, Conspiracy To Defraud, Other, 18 U.S.C. 371(21 U.S.C. 333 (B)(1)(B)&353 (c)(1)

**Original Sentence:** 12 months imprisonment followed by 3 years supervised release
**Violation Sentence:** 4 months community confinement and supervised release extended until March 2009

**Original Special Conditions:** Financial disclosure, No new debt, DNA collection, $156,997 restitution.
**Amended Special Conditions:** No contact with co-defendant Alexander Best, four months community confinement, and not to seek employment within the pharmaceutical industry.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 2/15/06

**Assistant U.S. Attorney:** Joshua Drew, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Arthur J. Abrams, Esq., 225 Newark Ave., Jersey City, New Jersey 07302, (201) 659-5500

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

Violation Number | Nature of Noncompliance

1 | The offender has violated the supervision condition which states '**You shall not seek employment within the pharmaceutical industry.**'

Specifically, the offender's website indicates that he works for major pharmaceutical companies, such as Novartis. Also, the undersigned officer has obtained copies of invoices from Reckitt-Benckiser indicating that Mr. Zamloot has provided services for pharmaceutical conventions through his business, Metro Exhibits. When asked about this, he stated that he did provide services for Reckitt-Benckiser but said that it is not a pharmaceutical company.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

I declare under penalty of perjury that the foregoing is true and correct.

By: Erika M. Arnone
U.S. Probation Officer
Date: 1/26/09

---

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[x] The Issuance of a Summons. Date of Hearing: 3/10/09 @ 11:00 A.M.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

2/3/09
Date