UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 04-224 (FSH) |
| v. | |
| PHILIP ZAMLOOT. | **ORDER** |
| Defendant. | |

This matter having come before the Court by a Petition for a Violation of Supervised Release; and the Court having scheduled a violation hearing for March 4, 2009; and counsel, along with the U.S. Probation Office, having agreed to terminate the Defendant's term of supervised release, effective March 4, 2009; and the Court having considered the arguments and for good cause shown;

**IT IS** on this 4th day of March, 2009,

**ORDERED** that the Defendant's term of supervised release is hereby terminated.

      /s/ Faith S. Hochberg
United States District Judge