David A. Ward
MANDELBAUM, SALSBURG, GOLD,
LAZRIS & DISCENZA, P.C.
155 Prospect Avenue
West Orange, New Jersey 07052
Telephone: (973) 736-4600

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | CR. NO. *2004CR000224*(FSH) |
| PHILIP ZAMLOOT, | |
| Defendant. | **ORDER MODIFYING THE AMENDED JUDGMENT THAT PORTION OF DIRECTING RESTITUTION PAYMENTS** |

This matter having come before the Court by a Motion pursuant to 18 U.S.C. § 3664, for an Order modifying the October 31, 2005 Amended Judgment on the grounds that the restitution obligation imposed upon defendant has been satisfied; and the Court having reviewed the papers submitted and ~~any opposition thereto and having considered any arguments~~ the Government having consented to entry of such Order; and for good cause shown;

IT IS on this 15th day of September 2010

**ORDERED** that defendants' motion is hereby granted and the October 31, 2005 Amended Judgment is hereby modified to reflect that defendant Philip Zamloot's restitution obligation in the amount of $156,997 to the victim Schering Plough Corporation has been fully satisfied and defendant's restitution obligations thereunder are terminated.

_____
Hon. Faith S. Hochberg
United States District Judge